Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __New York__

___U.S.___ Division

Lavonne Levi Barnett

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State of N.Y. -OMH County of Ossining
Co A. Thomas / Co K Edwards / Co M Banks

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*



## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**I.  The Parties to This Complaint**

    **A.**  The Plaintiff(s) Lafvorne levi Barnett

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    Name  Mr. Lafvorne Levi Barnett
    All other names by which you have been known:  Bigz, Big-E, Bige Bigz, G-Spot Bigz BigE, Bige Bigz, G-Spot
    ID Number  22B0439
    Current Institution  Five points Correctional Facility
    Address  State Route 96 Po Box 119
    Romulus          N.Y.      14541
    City              State      Zip Code

    **B.**  The Defendant(s)

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

    Defendant No. 1  State of New York
    Name  John Dow Jain Dow
    Job or Title (if known)  State offercers and ofishels
    Shield Number  NA
    Employer  State of New York
    Address
    N/A        N.Y.      N/A
    City       State     Zip Code
    ☐ Individual capacity  ☑ Official capacity

    Defendant No. 2  County of Ossining
    Name  N/A
    Job or Title (if known)  N/A
    Shield Number  N/A
    Employer  City of N.Y.
    Address  N/A
    Ossining      N.Y.      Zip Code
    City          State
    ☐ Individual capacity  ☑ Official capacity

C/C

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name CO A Thomas
Job or Title (if known) CO.
Shield Number N/A
Employer State of New york
Address Sing Sing C.F. 354 hunter St. po Box 442
Ossining     NY.    10562-5442
City         State     Zip Code

☐ Individual capacity   ☑ Official capacity

Defendant No. 4
Name CO M. Banks
Job or Title (if known) CO.
Shield Number N/A
Employer State of New york
Address Sing Sing C.F. 354 hunter St. po Box 442
Ossining     NY.    10562-5442
City         State     Zip Code

☐ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment rights, 14th Amendment rights
4th Amendment rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

C/C

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

On 12/19/23 i Latvone Levi Barnett 22B0439 and for CO A. Thomas he sexuly vilated me By cuffing my privet and for Exsesive use of force And for CO K Edwards, CO A. Thomas, CO M. Banks i am soowing them for Exessive use of force and for vilating my 8th Amendment and my 14th Amendment and my 4th Amendment rights

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On 12/20/23 after i was asalted By CO A. Thomas, CO K Edwards, and CO M. Banks on 12/20/23 i was taken to westchester medical center for my injure and when i was Don at the center i was pushed out on a gerney and asalted by more cos Jane Doe and John Does. i was punched and Draged into a van and thrown in the van

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On 12/21/23 i Latvone Levi Barnett 22B0439 i got to five points C.F. and draped a sick call for my lose teeth and for my head Being open up But no ancer Back for 4 weeks and i have teeth in my lip and broken teeth in my mouth and open wounds in my head that is not Being treated at all and i seen N.P. Fisher But nothing yet at five points C.F.   C/C

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

12/21/23 5:00 pm at five points C.F.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

i was sexuly vilated By Co A. thomas he grabed my privet and Co K. Edwards was punching me in the face and so was Co A. thomas and Co M. Banks hit me with a stick in my mouth Nocking my teeth out one on the top of my mouth and several at the Botum of my mouth and he Did this three times and he also Bust my head open 2 times But he hit me 3 times

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

on 12/19/23 Co M Banks nocked out one tooth on the top and several on the Botum of my mouth and also my head was bust open in two spots But i was hit in the head 3 times so i went to westchester medical center and the Docter told me i need sergery on my head so i sade no so thay cleen me up and Did x rays and a Cat Scane and that was it.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

for the State of New york 900,500,000.00 for punitive Dameges to my teeth and to my head. and for the Superintedant / Deperty staff 12,500.00 as one and sepretly. and As for Co A. thomas, CO K Edwards, Co M. Banks i am sooing them as one and sepretly for 2,675,000 and as for Mental helth i am sooing them for 500.000 each as one and sepretly and as for the County of Ossining i am sooing for 12,500.00 as one and sepretly.

C/C

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Sing Sing C.F. five points C.F. w and Westchester Medical Center.

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Exsessive force sexual Asalt and Medical Montpractice.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes        N/A

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? five points C.F.

2. What did you claim in your grievance? Exsessive use of force Sexual Asalt. Medical Monpractice.

3. What was the result, if any? none yet

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

i went to the superintedant that is the farthist i got i was being threatend by CO's and Sgt. Domont If i go thraw i will not make it home on my Date witch is 6/17/24

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: i fild a complant with OSI and preah and i went to the superintendant with my greivance Because i fear for my life and i have kids to look after

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   i coverd every thing

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Southern District of New York 19-CV-415(NSR)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    N/A
   Defendant(s)   N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition.  None

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  No,

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A____N/A_____
   Defendant(s) ___N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition ___N/A___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*   None

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/26/24

Signature of Plaintiff: SBellett
Printed Name of Plaintiff: Lafvarne Levi Barnett
Prison Identification #: 22B0439
Prison Address: Five points Correctional Facility State Route 96 Po Box 119
Romulus, NY 14541

### B. For Attorneys

Date of signing: 1/26/24

Signature of Attorney: SBellett
Printed Name of Attorney: none
Bar Number: none
Name of Law Firm: Five points CF State Route 96 Po Box 119
Address: Romulus, NY 14541
Telephone Number:
E-mail Address: Big_la1234@hotmail.com

Page 11 of 11

**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Latwone Bennett    DIN: 22B0439    LOC: D-1-7

Five Points Correctional Facility

neopost 01/29/2024
US POSTAGE $001.63
ZIP 14541
041M11272807

Michael J. Fitzpatrick
US Probation office
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl St, NYC 10007-1312

Legal Mail