# Motion for Discoverary

Lafuorne Barnett 22B0439

24-CV-1174(LTS)

v.

State of New york et. ally

Motion to proceed in Discoverary

reason for Discoverary: So we can get things on the right path and so me and the defendants can put owe properganda on the table and get things off of our chess

C/C

---

Application denied as premature. The Clerk of Court is directed to terminate the motion at Doc. 17.

**SO ORDERED.**

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       March 21, 2024

