Motion for Trail After Discoverany

Lafvarine Barnett 22B0439           24-CV-1174 (LtS)

                V.                  Motion to go to trail
                                    After Discoverary
State of New york, et.all., Defindants

And the reson for trail is so that we dont need to setel owt we can get this over with Because how is it that i asalted staff But i have the most indjurys indurey's and all of the indurey's so please tell me that and whe i win this case i need G-O-D

> Application denied. The Clerk of Court is directed to terminate the motion pending at Doc. 18.
>
> **SO ORDERED.**
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         March 21, 2024



FIVE POINTS CORRECTIONAL FACILITY
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541
NAME: LaSharn Barnett  DIN:

Clerk
United States
Southern District of New York
U.S. Courthouse - 500 pearl St.
New york, New york 10007

legal Mail