United States District Court 24-CV-1174
Southern District of New York

Latvorne Barnett

—V—

State of New York et. all.,

Application denied.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff and terminate the motion pending at Doc. 49.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 18, 2024

PS: please Send me paper work on my case to my Address at 25 Operations Dr. Valhalla N.Y. 10595

C/C


RECEIVED
NOV 14 2024
U.S.D.C.
W.P.

United States District Court 24-CV-1174
Southern District of New York

Latvorne Barnett
    v

State of New York et, all; (Motion to proceed in trial proceedings)

RECEIVED
NOV 14 2024
U.S.D.C.
W.P.

C/C

**St. Vincent's Hospital Westchester**
A Division of Saint Joseph's Medical Center
275 North Street, Harrison, NY 10528

Latvonie Barrett
3 MKH CSW SDNY

Clerk
United States District Court
Southern District of New York
300 Quarropas St.
White Plains NY. 10601

WESTCHESTER NY
12 NOV 2024 PM 4
FIRST CLASS

ZIP 10528
02 7W
0008027691 NOV 11 2024
$ 000.69⁰
US POSTAGE from PITNEY BOWES

RECEIVED
NOV 14 2024
U.S.D.C.
W.P.

10601-414000



