UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAFVORNE BARNETT,

Plaintiff,

-against-

STATE OF NEW YORK, et al.

Defendants.

**ORDER**

24-CV-1174 (PMH)

PHILIP M. HALPERN, United States District Judge:

An initial pretrial conference was held on April 7, 2025. Counsel for Defendants and *Pro Se* Plaintiff appeared by telephone. At the conference, Plaintiff agreed to discontinue the action as to Defendant Village of Ossining.

Accordingly, the Clerk of Court is respectfully directed to (i) terminate the Village of Ossining as a defendant in this action; and (ii) mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated:    White Plains, New York
          April 7, 2025

PHILIP M. HALPERN
United States District Judge