United States District C[ourt]
Southern District of New York
Lafvorne Levi Barnett 000021175

-V-

C.O. Tomias, C.O. M Banks et al.

> Plaintiff's motion for summary judgment (Doc. 73) is denied for, *inter alia*, failure to comply with the Court's Individual Practices, the Federal Rules of Civil Procedure, and the Local Civil Rules.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 6, 2025

i lafvorne levi Barnett 0000211751 is filing for summuarry Judgment do to these facts, ferst fact i exsasted all of my Remmerteys so thay are looking for a last cause. 2 the UI Report shaves that my teeth were infact Bust out of my mouth and it shaves that i have a lasterashion to my head and States that there were 20 Botons used at the seen do to the fact that it says weppys used it Shrowes 20 Botons were used so By 20 Botons Being used and no oc=spray that would infact mean that thay did not try to get me to Compley thay were trying to heart me and the fact that Co M Banks went for my teeth and head with the Boton and not Below my wast that violatis my 8th Amendment and my 14th Amendment and the fact that the Wepon witch is the Baton is stricking my face and head that is considerd a Dedly wepon and i feel like these facts is a groud for Summuary Judgment. thank you.

C/C

RECEIVED
JUN 04 2025
PRO [SE] [OF]FICE



Latvonne Barnett 00000211751
Po Box 10, 10 Woods Road
Valhalla NY. 10595

Pro se

Clerk
United States District Court
Southern District of New York
U.S Courthouse - 500 pearl Street
New York, New York 10007-1312

RECEIVED
JUN 04 2025
PRO SE OFFICE

RECEIVED
JUN - 4 2025
CLERK'S OFFICE
S.D.N.Y.