UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAFVORNE BARNETT,

                      Plaintiff,
v.                                                   **ORDER**

C.O. A THOMAS, et al.,                      24-CV-01174 (PMH)

                      Defendants.
-----------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

        On May 19, 2025, the Court granted Plaintiff leave to file an amended complaint to add Sergeant Theodore Brooks as a Defendant. (Doc. 69). On June 6, 2025, the Court granted Plaintiff leave to add John and Jane Doe Defendants and extended his time to file his amended complaint to June 25, 2025. (Doc. 74). On June 10, 2025, Plaintiff's letter was docketed. (Doc. 76). Plaintiff, in this filing, sought, among other things, leave to add "Tenisha L. Melendez" and "DSI Bennie Thorpe" as Defendants. (*Id.*). On June 16, 2025, Defendants filed a letter in which they stated that they "do not oppose Plaintiff's request to add these two parties to his amended pleading." (Doc. 79).

        Accordingly, the Court grants Plaintiff's request to add "Tenisha L. Melendez" and "DSI Bennie Thorpe" as Defendants to his amended pleading. As such, and in light of the Court's prior Orders, Plaintiff may add Sergeant Theodore Brooks, John and Jane Doe individuals, Tenisha L. Melendez, and DSI Bennie Thorpe as Defendants in his amended complaint currently due June 25, 2025.

        Plaintiff's new pleading will be his Third Amended Complaint. The Court notes that in its prior Orders (Docs. 69, 74, 77) it referenced Plaintiff's expected amended pleading as his "Second Amended Complaint"; however, the Court's prior Orders intended to grant Plaintiff leave to file a

Third Amended Complaint. Plaintiff should label his new pleading as his "Third Amended Complaint."

The time for Plaintiff to file his Third Amended Complaint is extended, *nunc pro tunc*, to July 2, 2025. Plaintiff is reminded that he must provide, in his amended pleading, a short and plain statement of the relevant facts supporting each claim against each Defendant.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: White Plains, New York
       June 17, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge