UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
LAFVORNE BARNETT,

                Plaintiff,                    24-CV-1174 (PMH)

  - against -                           **ORDER AUTHORIZING THE DEPOSITION OF AN INCARCERATED INDIVIDUAL** [PROPOSED]

C.O. A. THOMAS, C.O. K. EDWARDS,
and C.O. M. BANKS,

                Defendants.
------------------------------------------------------------ X

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of LAFVORNE BARNETT, DIN No. 22-B-0439/JID No. 0000211751, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any State or County Correctional Facility located in the State of New York, upon notice to the Plaintiff and the Superintendent of the correctional facility where he is then located.

      Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Federal Rule of Civil Procedure 37(d), which may include an order dismissing this action.

Dated: August 13, 2025
       White Plains, New York

                                              SO ORDERED.

                                              _____
                                              Hon. Philip M. Halpern
                                              United States District Judge