UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAFVORNE BARNETT,

Plaintiff,

-against-

C.O. A. THOMAS, et al.,

Defendants.

**OPINION & ORDER**

24-CV-01174 (PMH)

Philip M. Halpern, United States District Judge:

The Court issued in an Opinion & Order granting in part and denying in part Defendants' motion for summary judgment on July 9, 2026. (Doc. 103). In that Opinion & Order, the Court directed Plaintiff to notify the Court in writing of his current address within fourteen days. (*Id.* at 22). The Court also advised Plaintiff that "it is his obligation to promptly submit a written notification to the Court if his address changes, and the Court may dismiss the action if Plaintiff fails to do so." (*Id.* at 22-23). It has been over fourteen days since the Court's July 9, 2026 Opinion & Order and, to date, Plaintiff has not notified the Court in writing of his current address.

Accordingly, the Court *sua sponte* extends Plaintiff's time to notify the Court in writing of his current address to August 6, 2026. On or before August 6, 2026, Plaintiff shall notify the Court in writing of his current address.

Plaintiff is warned that a failure to comply with this order could result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at his address listed on the docket, and to the following address: 25 Operations Drive, Valhalla, NY 10595.

**SO ORDERED.**

Dated: White Plains, New York
July 24, 2026

HON. PHILIP M. HALPERN
United States District Judge