UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAFVORNE BARNETT,

Plaintiff,

-against-

C.O. A. THOMAS, et al.,

Defendants.

**ORDER**

24-CV-01174 (PMH)

PHILIP M. HALPERN, United States District Judge:

In light of Plaintiff's July 27, 2026 letter (Doc. 105), the Court has become aware of an updated address for Plaintiff: Lafvorne Barnett, Westchester County Jail, 10 Woods Road, P.O. Box 10, Valhalla, NY 10595. Accordingly, the Clerk of Court is respectfully directed to (i) update Plaintiff's address on the docket; and (ii) mail a copy of the docket sheet, Doc. 103, Doc. 104, and this Order to Plaintiff at his updated address.

**SO ORDERED:**

Dated: White Plains, New York
August 10, 2026

PHILIP M. HALPERN
United States District Judge