UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LAFVORNE BARNETT,

Plaintiff,

v.

C.O. A. THOMAS, et al.,

Defendants.
---------------------------------------------------------X

**ORDER**

24-CV-01174 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, without the Court's leave or defendants' written consent, filed an amended complaint (Doc. 115) which was docketed on September 3, 2026, in violation of Rule 15 of the Federal Rules of Civil Procedure, the Local Civil Rules, and this Court's Individual Practices. To the extent Plaintiff seeks the Court's leave to file an amended complaint, that application is denied. The Court notes that discovery ended on September 23, 2025 (Doc. 62), and this case is proceeding to trial. Pre-trial materials are currently due October 15, 2026. (*See* Doc. 108).

Because Plaintiff filed an amended complaint without prior approval of the Court or defendants' written consent, the Court respectfully directs the Clerk of Court to strike Doc. 115 from the docket but retain the summary docket text for the record.

**SO ORDERED:**

Dated: White Plains, New York
September 10, 2026

Philip M. Halpern
United States District Judge